# Court of Appeals
# of the State of Georgia

ATLANTA, February 10, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0940. JOANN HOLOMAN v. MICHAEL L. THURMOND et al.**

Joann Holoman appealed directly to this Court from a superior court order affirming a decision of the Georgia Department of Labor denying her request for unemployment compensation benefits. Under OCGA § 5-6-35 (a) (1), however, a party seeking to appeal a superior court decision reviewing a state agency ruling must follow the discretionary appeal procedure. See *Dunlap v. City of Atlanta*, 272 Ga. 523, 524 (531 SE2d 702) (2000). Because Holoman failed to follow the required procedure, this Court lacks jurisdiction over this appeal, which is therefore *DISMISSED*.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 02/10/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.